MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Leroy Harty                                        Chapter 7 Case No. 10-32953

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Iowa Student Loan Liquidity Corp<br>Ashford 2 Bldg. 6775 Vista Drive<br>West Des Moines, IA 50266 | 2 | $604.20 | $2.63 |
| American Express Bank FSB<br>C/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | 11 | $566.36 | $2.45 |

Dated:   August 16, 2011

*[signature]*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

